# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 30, 2015

## NO. 03-14-00522-CV

**Warren Kopecky, Appellant**

**v.**

**JP Mortgage Services, Inc.; JP Morgan Chase Bank, N.A; Merscorp Holdings, Inc.; Barrett Daffin Frappier Turner & Engel, LLP; and Janita Strickland, Appellees**

### APPEAL FROM 201ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
### DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE FIELD

This is an appeal from the judgment signed by the trial court on July 23, 2014. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.